United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKO MATERIALS USA, INC. d/b/a GOULD ELECTRONICS, INC., an Arizona Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>R.E. SERVICE CO., INC., a California corporation,<br><br>Defendant. | No. C 03-2549 SBA<br><br>**ORDER**<br><br>[Docket No. 504] |

On May 27, 2005, Defendant R.E. Service Co., Inc. filed a Motion for Judgment as a Matter of Law, or alternatively, for New Trial ("Defendant's Motion for Judgment as a Matter of Law") [Docket No. 504]. Defendants' Motion for Judgment as a Matter of Law is set for a July 12, 2005 hearing.

However, also currently pending before the Court are: Plaintiff's Motion for Award of Damages [Docket No. 435], Plaintiff's Motion for a Permanent Injunction [Docket No. 440], Defendant's Motion for Application of Laches [Docket No. 446], Plaintiff's Motion for an Exceptional Case and Attorney's Fees [Docket No. 457], and Plaintiff's Motion for Enhanced Damages [Docket No. 458] (collectively, the "Post-Trial Motions").

Since the Post-Trial Motions are currently under submission with the Court, the Court finds that, in the interest of judicial economy, Defendant's Motion for Judgment as a Matter of Law should also be taken under submission.

Accordingly,

IT IS HEREBY ORDERED THAT the July 12, 2005 hearing on Defendant's Motion for Judgment as a Matter of Law, or alternatively, for New Trial [Docket No. 504] is VACATED.  Should the Court find a hearing on the motion necessary, it will notify the parties accordingly.

IT IS SO ORDERED.

Dated: July 1, 2005

/s/
SAUNDRA BROWN ARMSTRONG
United States District Judge