IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKO MATERIALS USA, INC. d/b/a GOULD ELECTRONICS, INC., an Arizona Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>R.E. SERVICE CO., INC., a California corporation,<br><br>Defendant. | No. C 03-2549 SBA<br><br>**ORDER**<br><br>[Docket No. 171] |

For the reasons set forth by this Court on the record at the March 22, 2005 hearing, IT IS HEREBY ORDERED THAT Plaintiff's Motion for Summary Judgment or Partial Summary Judgment With Respect to RES's Counterclaims for Patent Infringement and Plaintiff's Counterclaim Against RES for Declaratory Judgment of Non-Infringement [Docket No. 171] is GRANTED.

IT IS SO ORDERED.

Dated: 3-22-05

SAUNDRA BROWN ARMSTRONG
United States District Judge