United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKO MATERIALS USA, INC. d/b/a GOULD ELECTRONICS, INC., an Arizona Corporation,<br><br>       Plaintiffs,<br><br>   v.<br><br>R.E. SERVICE CO., INC., a California corporation,<br><br>       Defendant. | No. C 03-2549 SBA<br><br>**ORDER** |

On August 30, 2005, this Court was given notice that R.E. Service Co., Inc. ("RES") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on July 29, 2005 in the United States Bankruptcy Court, Eastern District of California, Bankruptcy Petition No. 05-29226. This Court currently has under submission several post-trial motions affecting the final judgment in this matter. However, although the post-trial motions are fully briefed and the Court is ready to issue its rulings on the motions, pursuant to 11 U.S.C. § 362(a)(1), it appears that RES' Chapter 11 bankruptcy petition stays any further proceedings in this Court.

Accordingly,

IT IS HEREBY ORDERED THAT the parties <u>shall notify the Court in writing within thirty (30) days of the date of this Order whether they have obtained relief from the bankruptcy stay and whether they</u>

1  wish to proceed with the above-captioned action. If the parties do not inform the Court within thirty days
2  that relief from the stay has been obtained, all pending matters will be terminated and this case will be
3  dismissed without prejudice to being reopened upon the conclusion of the bankruptcy proceedings.
4      IT IS FURTHER ORDERED that, if the parties believe that 11 U.S.C. § 362(a)(1) does not
5  automatically stay this action, the parties <u>shall notify this Court in writing within fourteen (14) days of the
6  date of this Order and shall provide the Court with relevant authorities in support of their position.</u>
7      IT IS SO ORDERED.

Dated: 11/16/05

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge