| | |
|---|---|
| 1 | Matthew H. Poppe (State Bar No. 177854)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 2 | 1000 Marsh Road<br>Menlo Park, CA  94025 |
| 3 | Telephone:     (650) 614-7400<br>Facsimile:      (650) 614-7401 |
| 4 | |
| 5 | Robert M. Isackson (admitted *pro hac vice*)<br>W. Benjamin Tabler (admitted *pro hac vice*) |
| 6 | Amelia K. Smith (admitted *pro hac vice*)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 7 | 666 Fifth Avenue<br>New York, NY  10103 |
| 8 | Telephone:     (212) 506-5000<br>Facsimile:      (212) 506-5151 |
| 9 | Attorneys for Plaintiff |
| 10 | NIKKO MATERIALS USA, INC. d/b/a GOULD<br>ELECTRONICS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| NIKKO MATERIALS USA, INC., an Arizona corporation, d/b/a GOULD ELECTRONICS, INC., | | CASE NO. CV 03-02549 SBA (JL) |
| | Plaintiff, | [~~PROPOSED~~] ORDER SUSTAINING NIKKO'S OBJECTIONS TO DECLARATION OF MARK FRATER IN SUPPORT OF R.E. SERVICE CO. INC.'S OPPOSITION TO NIKKO'S MOTION FOR AN EXCEPTIONAL CASE AND ATTORNEY FEES |
| v. | | |
| R.E. SERVICE CO., INC., a California corporation, | | |
| | Defendant. | Trial Date: March 28, 2005<br>Courtroom: 3<br>The Honorable Saundra Brown Armstrong |

DOCSSV1:408504.1

[PROPOSED] ORDER SUSTAINING NIKKO'S
OBJECTIONS TO FRATER DECLARATION
CASE NO. CV 03-02549 SBA

1  This matter came before the Court on Nikko's objections to Declaration Of Mark Frater In Support Of R.E. Service Co. Inc.'s Opposition To Nikko's Motion For An Exceptional Case And Attorney Fees ("Frater Decl."), and argument based thereon.

The Court, having considered the pleadings and papers on file, **HEREBY ORDERS** that Nikko's objections are **SUSTAINED** as follows:

1. The Frater Declaration is inadmissible as untimely under Fed. R. Civ. P. 26(e)(2), and thus precluded pursuant to Fed. R. Civ. P. 37(c).

2. The Frater Declaration is inadmissible hearsay pursuant to Fed. R. Evid. 802.

3. In accordance with these rulings, the Frater Declaration and related arguments made by RES will not be considered in ruling on Nikko's Motion for An Exceptional Case And Attorney Fees.

**IT IS SO ORDERED.**

Dated    1/12/06

_____
The Honorable SAUNDRA BROWN ARMSTRONG
United States District Judge

[PROPOSED] ORDER SUSTAINING NIKKO'S
OBJECTIONS TO FRATER DECLARATION
CASE NO. CV 03-02549 SBA