Matthew H. Poppe (State Bar No. 177854)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:     (650) 614-7400
Facsimile:      (650) 614-7401

Robert M. Isackson (admitted *pro hac vice*)
W. Benjamin Tabler (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY  10103
Telephone:     (212) 506-5000
Facsimile:      (212) 506-5151

Attorneys for Plaintiff
NIKKO MATERIALS USA, INC. d/b/a GOULD
ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NIKKO MATERIALS USA, INC., an Arizona corporation, d/b/a GOULD ELECTRONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>R.E. SERVICE CO., INC., a California corporation,<br><br>Defendant. | CASE NO. CV 03-02549 SBA (JL)<br><br>**ORDER GRANTING NIKKO MATERIALS USA, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE EXHIBIT A TO TABLER DECLARATION UNDER SEAL**<br><br>The Honorable Saundra Brown Armstrong |

This matter comes before the Court on the Miscellaneous Administrative Request of plaintiff Nikko Materials USA, Inc. ("Nikko") to file Exhibit A to the *Declaration of W. Benjamin Tabler in Support of Plaintiff's Ex Parte Request for Further Amended Judgment Pursuant To The Court's April 10, 2006 Order To Account For Damages Relating to Defendant's Sales of Infringing Products Between April 12, 2005 and March 16, 2006* (the "Tabler Declaration") under seal.

///

1 | The Court, having considered Nikko's Miscellaneous Administrative Request, and
2 | pursuant to Local Rule 7-10(b), hereby orders as follows:
3 | IT IS HEREBY ORDERED that Plaintiff Nikko's Miscellaneous Administrative Request
4 | is GRANTED.  The Clerk of Court shall file under seal the Exhibit A to the Tabler Declaration
5 | IT IS SO ORDERED.

7 | Dated:  6/20/06                              *Saundra B. Armstrong*
                                                 The Honorable SAUNDRA BROWN ARMSTRONG
8 |                                              United States District Judge

-1-

[PROPOSED] ORDER GRANTING NIKKO'S MISC.
ADMIN. REQ. TO FILE EX. A TO TABLER DECL.
UNDER SEAL (CASE NO. CV 03-02549 SBA)