United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKO MATERIALS USA, INC. d/b/a GOULD ELECTRONICS, INC., an Arizona Corporation,<br><br>              Plaintiffs,<br><br>    v.<br><br>R.E. SERVICE CO., INC., a California corporation,<br><br>              Defendant.                                    / | No. C 03-2549 SBA<br><br>**ORDER** |

      This matter comes before the Court on Plaintiff's Ex Parte Request for Further Amended Judgment [Docket No. 576]. In the Ex Parte Request, Plaintiff requests that the Court further amend the Court's March 16, 2006 Amended Judgment to account for certain damages relating to RES' making, using, offering to sell, selling, or importing laminate products having either one or two sheets of copper foil joined at their borders by a flexible adhesive (including, without limitation, RES' SC2 and SC3 products in which the metal substrate is a steel or carbon steel and the flexible adhesive is applied in strips around the perimeter of the sheets) between April 12, 2005 and the date of the Amended Judgment. In support of its Ex Parte Request, Plaintiff has attached three invoices from RES that were not included in RES' amended accounting. Having reviewed Plaintiff's documentation, the Court finds that there is a discrepancy between the amount of sales reflected in invoice number 3422306, which is $441.60, and the amount of sales Plaintiff *contends* is reflected in invoice number 3422306, which is $2,940.00.

      Accordingly,

      IT IS HEREBY ORDERED THAT Plaintiff shall file a <u>short</u> statement with the Court, no longer

than three (3) pages, explaining the discrepancy concerning invoice number 3422306. Plaintiff shall also provide the Court with the appropriate documentation that proves its assertion that invoice number 3422306 reflects gross sales in the amount of $2,940.00. Such statement and documentation shall be filed with the Court no later than **7:00 p.m. on June 22, 2006.**

IT IS SO ORDERED.

Dated: 6/22/06

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

2