IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKKO MATERIALS USA, INC. d/b/a GOULD ELECTRONICS, INC., an Arizona Corporation,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>R.E. SERVICE CO., INC., a California corporation,<br><br>　　　　Defendant. | No. C 03-2549 SBA<br><br>**ORDER**<br><br>[Docket No. 576] |

Pursuant to this Court's March 16, 2006 Amended Judgment, Plaintiff was granted leave to file an ex parte request for a further amended judgment to account for any damages relating to RES' making, using, offering to sell, selling, or importing laminate products having either one or two sheets of copper foil joined at their borders by a flexible adhesive (including, without limitation, RES' SC2 and SC3 products in which the metal substrate is a steel or carbon steel and the flexible adhesive is applied in strips around the perimeter of the sheets) between April 12, 2005 and the date of the Amended Judgment, inclusive, provided that the ex parte request was accompanied by the appropriate documentation and proof. Pursuant to the Court's April 10, 2006 Order, Plaintiff was to file its ex parte request no later than May 12, 2006.

On May 11, 2006, Plaintiff submitted the instant Ex Parte Request for Further Amended Judgment [Docket No. 576]. Plaintiff's Ex Parte Request was accompanied by the requisite documentation and proof.

Having considered Plaintiff's Ex Parte Request, and for good cause showing,

IT IS HEREBY ORDERED THAT Plaintiff's Ex Parte Request [Docket No. 576] is GRANTED.

1  A second amended judgment shall be issued forthwith.

2      IT IS SO ORDERED.

3  Dated: 6/26/06

                                              SAUNDRA BROWN ARMSTRONG
4                                                United States District Judge

**United States District Court**
For the Northern District of California

2